IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-01311-WYD-CBS

LELAND MINNICK,

    Plaintiff,

v.

PHILLIPS & BURNS, LLC,
a New York limited liability company,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED the Stipulated Motion for Entry of Protective Order (*doc. no. 8)* is **GRANTED**. The Stipulated Protective Order submitted October 17, 2007 shall be signed and entered on this date.

    In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2 parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.) regarding the execution of this protective order.

**DATED:**    October 18, 2007