IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-01311-WYD-CBS

LELAND MINNICK,

    Plaintiff,

v.

PHILLIPS & BURNS, LLC,
a New York limited liability company,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that a hearing on Plaintiff's Motion to Compel and Motion for Sanctions (*doc. no. 25)* will be held on **March 3, 2008 at 1:30 p.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

    IT IS FURTHER ORDERED that Defendant has up to and including **February 14, 2008** to respond to the instant motion. A reply brief will not be permitted.

    IT IS FURTHER ORDERED that Defendant's Motion for Withdrawal of Tatiana Taylor (*doc. no. 27)* is **HELD IN ABEYANCE** pending an outcome on Plaintiff's motion to compel and for sanctions.

**DATED:**    February 4, 2008