# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 07-cv-01311-WYD-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: March 3, 2008 | Courtroom Deputy: Ben Van Dyke |

| | |
|---|---|
| LELAND MINNICK, | David M. Larson |
| | Joseph M. Meinhardt |
| **Plaintiff,** | |
| v. | |
| PHILLIPS & BURNS, LLC, | Adam Plotkin |
| a New York limited liability company, | |
| **Defendant.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  MOTIONS HEARING**
**Court in Session:     1:33 p.m.**
Court calls case.  Appearances of counsel.  Plaintiff and a client representative for defendant are both present for the hearing.

**ORDERED:** The Motion for Withdrawal of Tatiana Taylor [filed February 4, 2008; doc. 27] is granted for the reasons stated on the record.  Tatiana Taylor is hereby withdrawn as an attorney of record for defendant Phillips & Burns, LLC.

**ORDERED:** Defendant's Motion for Leave to Amend Answer to Withdraw Affirmative Defense [filed February 13, 2008] is granted.  Defendant's Amended Answer and Affirmative Defenses to Plaintiff's Complaint and Jury Demand [exhibit A to the motion; doc. 32-2] is accepted for filing on this date.

Counsel present arguments regarding Plaintiff's Motion to Compel and Motion for Sanctions [filed February 2, 2008; doc. 25].

**Court goes off the record to discuss settlement:     3:04 p.m.**

**Court goes back on the record:      4:44 p.m.**

**ORDERED:** Plaintiff's Motion to Compel and Motion for Sanctions [filed February 2, 2008; doc. 25] is denied as moot for the reasons stated on the record.

**ORDERED:** A stipulated motion to dismiss shall be submitted to the Court on or before March 10, 2008. All further deadlines and hearings before Magistrate Judge Shaffer are hereby vacated.

HEARING CONCLUDED.

**Court in recess:** 4:48 p.m.
Total time in court: 03:15