IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01311-WYD-CBS

LELAND MINNICK,

    Plaintiff,

v.

PHILLIPS & BURNS, LLC, a New York limited liability company,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THE COURT, having reviewed the Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and being fully advised in the premises, hereby

ORDERED that this case is **DISMISSED WITH PREJUDICE**, with each party to pay his or its own attorney's fees and costs.

Dated: March 11, 2008

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                U. S. District Judge